THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL NEWS INC., | CASE NO. C18-0302-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| 10 DEEP CLOTHING INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend Defendant's time to respond to the complaint and to continue the status conference set for June 5, 2018 at 9:00 am (Dkt. No. 8). The Court GRANTS the parties' motion. Defendant's deadline to respond to the complaint is extended to June 20, 2018. The status conference is continued to July 24, 2018 at 9:00 am.

DATED this 30th day of May 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk