THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| INTERNATIONAL NEWS INC., | CASE NO. C18-0302-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| 10 DEEP CLOTHING INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court after conducting a telephonic hearing with the parties' on Defendant's request for an extension of time to respond to the complaint. The Court finds it appropriate to decide this matter as a telephonic motion pursuant to Local Civil Rules 7(i) and 7(j). Thus, Defendant's written motion seeking relief on this issue (Dkt. No. 11) is hereby STRICKEN as moot.

The Court previously granted the parties' stipulated motion to extend Defendant's time to respond to the complaint and to continue the status conference, pending a ruling in a separate matter between the parties ("the New York matter") involving related claims. (Dkt. Nos. 8, 10.) Having fully considered the parties' positions, the Court finds good cause to extend the deadline for Defendant to respond to the complaint. The Court finds that the extension will not unduly

prejudice Plaintiff. Accordingly, the Court ORDERS that Defendant shall respond to Plaintiff's complaint within seven (7) days of a decision in the New York matter resolving the pending order to show cause. The status conference currently set for July 24, 2018 is hereby continued to August 28, 2018 at 9:00 am.

DATED this 19th day of June 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk