UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL NEWS INC., <br><br> Plaintiff, <br><br> v. <br><br> 10 DEEP CLOTHING INC., <br><br> Defendants. | CASE NO. C18-0302-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for adjournment of the status conference scheduled for August 28, 2018 (Dkt. No. 14). The Court GRANTS the motion and ORDERS that the status conference be continued to October 23, 2018.

DATED this 24th day of August 2018.

<u>William M. McCool</u>
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
PAGE - 1
C18-00302-JCC