THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL NEWS, INC., | CASE NO. C18-0302-JCC |
| Plaintiff, | ORDER |
| v. | |
| 10 DEEP CLOTHING, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's motion to seal (Dkt. No. 29) an exhibit filed in support of Plaintiff's motion for partial summary judgment (Dkt. No. 34.)

"[T]here is a strong presumption of public access to [the Court's] files." W.D. Wash. Local Civ. R. 5(g)(3). The presumption of public access may be overcome if the Court finds a compelling reason to seal and articulates a factual basis for its decision. *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006).

The Court previously entered the parties' stipulated protective order, which limits the disclosure of the parties' confidential information. (*See* Dkt. No. 28.) Defendant designated the material contained in the exhibit at issue "confidential" pursuant to the protective order, as it contains Defendant's sensitive financial and business information. (*See* Dkt. Nos. 29 at 2, 35 at 2.) Having reviewed the exhibit and the parties' briefing, the Court agrees that it contains confidential information that falls within the scope of the protective order. (Dkt. Nos. 28, 34.)

Thus, a compelling reason to seal exists that overcomes the presumption of public access to the exhibit.

For the foregoing reasons, Plaintiff's motion to seal (Dkt. No. 29) is GRANTED. The Clerk is DIRECTED to maintain Docket Number 34 under seal until further order of the Court. Within 48 hours of the issuance of this order, Plaintiff shall file a publicly-available version of the exhibit with Defendant's confidential information redacted.

DATED this 9th day of July 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE