UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL NEWS INC., | CASE NO. C18-0302-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| 10 DEEP CLOTHING INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an extension of deadlines and the trial date (Dkt. No. 43). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and ORDERS that:

1.  Discovery shall be completed by December 9, 2019;

2.  Dispositive motions shall be filed no later than January 6, 2020;

3.  Mediation shall be held no later than January 10, 2020;

4.  Trial briefs and proposed *voir dire* and jury instructions shall be filed no later than April 3, 2020; and

5.  The trial date is CONTINUED from December 2, 2019 to April 6, 2020 at 9:30 a.m.

//

1        DATED this 19th day of July 2019.

2

                                    <u>William M. McCool</u>
                                    Clerk of Court

3

                                    <u>s/Tomas Hernandez</u>

4

                                    Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C18-0302-JCC
PAGE - 2