UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL NEWS, | CASE NO. C18-0302-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| 10 DEEP CLOTHING, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion for relief from a deadline (Dkt. No. 47). On July 19, 2019, the Court granted the parties' stipulated motion for an extension of certain deadlines and extended, *inter alia*, the discovery cutoff deadline to December 9, 2019 and the dispositive motions deadline to January 6, 2020. (Dkt. No. 44 at 1.) On July 24, 2019, the Court granted Defendant's request for a continuance of Plaintiff's pending motion for partial summary judgment under Federal Rule of Civil Procedure 56(d) to allow Defendant time to review the ESI produced by Plaintiff and take depositions. (*See* Dkt. No. 46 at 3.) The Court's order directed Defendant to file its response to Plaintiff's motion for partial summary judgment no later than September 2, 2019. (*See id*.)

Defendant seeks an extension of the deadline by which it must respond to Plaintiff's

motion for partial summary judgment to January 6, 2020, the dispositive motions deadline, based on the reasons underlying the parties' stipulated motion for an extension of certain deadlines. (*See* Dkt. No. 47 at 4–6; *see also* Dkt. No. 43.) Defendant has notified the Court that on July 22, 2019 the parties cancelled the depositions scheduled to occur between July 24, 2019 and August 1, 2019. (Dkt. No. 47 at 4, 6.)

Given the parties' cancellation of the depositions the Court determined were necessary for Defendant to adequately respond to Plaintiff's motion for partial summary judgment, and for the reasons underlying the parties' stipulated motion for an extension of certain deadlines, the Court finds good cause to extend Defendant's time to respond to Plaintiff's motion for partial summary judgment. Therefore, Defendant's motion for relief from a deadline (Dkt. No. 47) is GRANTED. In consideration of the Court's order extending the time for the parties to take discovery and the possibility of additional dispositive motions, Defendant's response brief shall be filed no later than December 16, 2019. Plaintiff's reply brief shall be filed no later than December 20, 2019. The Clerk is DIRECTED to re-note Plaintiff's pending motion for partial summary judgment (Dkt. No. 30) to Friday, December 20, 2019.

DATED this 12th day of August 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk