THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL NEWS INC., | CASE NO. C18-0302-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| 10 DEEP CLOTHING INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend certain deadlines (Dkt. No. 63). Having thoroughly considered the motion and the relevant record, and finding good cause, the Court hereby GRANTS the motion and ORDERS that:

1. Defendant shall file its response to Plaintiff's motion for partial summary judgment no later than February 10, 2020;
2. Plaintiff shall file its reply brief in support of its motion for partial summary judgment no later than February 19, 2020; and
3. The Clerk is DIRECTED to renote Plaintiff's motion for partial summary judgment (Dkt. No. 30) to February 19, 2020.

//

1       DATED this 15th day of January 2020.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk