THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL NEWS INC., | CASE NO. C18-0302-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| 10 DEEP CLOTHING INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an extension of time to conduct mediation (Dkt. No. 84). The deadline for the parties to participate in mediation is presently set for March 20, 2020. (*See* Dkt. No. 61.) Plaintiff has filed a motion for partial summary judgment that noted for the Court's consideration on February 19, 2020. (Dkt. No. 30.) The parties state that any mediation would be more productive if held after the Court issues its ruling on Plaintiff's motion for partial summary judgment. (*See* Dkt. No. 84 at 2.) The parties also state that they are unable to participate in mediation prior to March 20, 2020, due to the potential danger of traveling during the coronavirus pandemic. (*See id.*)

Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and EXTENDS the deadline for the parties to participate in mediation to

MINUTE ORDER
C18-0302-JCC
PAGE - 1

1 | May 22, 2020.
2 |     DATED this 18th day of March 2020.

<pre>
                                            William M. McCool
                                            Clerk of Court

                                            s/Tomas Hernandez
                                            Deputy Clerk
</pre>