THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL NEWS INC., <br><br> Plaintiff, <br><br> v. <br><br> 10 DEEP CLOTHING INC., <br><br> Defendant. | CASE NO. C18-0302-JCC <br><br> ORDER |

This matter comes before the Court on Plaintiff's motions to seal (Dkt. Nos. 88, 91). Plaintiff moves to maintain Docket Numbers 87, 88, 89, and 90 under seal. (*See generally* Dkt. Nos. 88, 91.)

The Court starts from the position that "[t]here is a strong presumption of public access to [its] files." W.D. Wash. Local Civ. R. 5(g). To overcome this presumption, there must be a "compelling reason" for sealing that is "sufficient to outweigh the public's interest in disclosure." *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).

On November 26, 2018, the Court entered the parties' stipulated protective order, which pertains to commercially and financially sensitive information. (*See* Dkt. No. 28 at 2.) Defendant asserts that the documents at issue contain or relate to Defendants' confidential financial information, the disclosure of which would harm Defendant's competitive standing in its industry. (*See* Dkt. No. 92 at 5–7.) Having reviewed the documents, the Court finds that

1  Defendant has met its burden of establishing a compelling reason to maintain them under seal.
2  *See* 26 U.S.C. § 6103(a); *In re Elec. Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008); *Ross v.*
3  *Bar None Enters.*, 2014 WL 4109592, slip op. at 2 (E.D. Cal. 2014); (Dkt. Nos. 92 at 5–7, 93 at
4  2–3).

5       Therefore, Plaintiff's motions to seal (Dkt. Nos. 88, 91) are GRANTED. The Clerk is
6  DIRECTED to maintain Docket Numbers 87, 88, 89, and 90 under seal until further order of the
7  Court. The parties are ORDERED to file publicly-available, redacted versions of the documents
8  at issue within 14 days of the date this order is issued.

9       DATED this 3rd day of June 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE