THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL NEWS, INC., | CASE NO. C18-0302-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| 10 DEEP CLOTHING, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for reconsideration (Dkt. No. 116). Finding good cause, the Court hereby ORDERS Defendant to respond to Plaintiff's motion for reconsideration. Defendant shall file a single response brief of no more than seven (7) pages, excluding certificates of service, no later than November 3, 2020.

The Clerk is DIRECTED to renote Petitioner's motion for reconsideration (Dkt. No. 116) to November 3, 2020.

DATED this 23rd day of October 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk