THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL NEWS, INC., <br><br> Plaintiff, <br><br> v. <br><br> 10 DEEP CLOTHING, INC., <br><br> Defendant. | CASE NO. C18-0302-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for reconsideration (Dkt. No. 116) of the Court's Order (Dkt. No. 115) in response to Plaintiff's motion for partial summary judgment (Dkt. No. 30). Plaintiff's motion for reconsideration does not show that the Court committed manifest error. Accordingly, the motion (Dkt. No. 116) is DENIED.

The United States Courthouse in Seattle remains closed in light of the novel coronavirus pandemic, with a substantial trial backlog once it reopens. *See* W.D. Wash. Gen. Orders Nos. 02-20, 11-20, 13-20, 15-20. Given these circumstances, the Court will not currently set a trial date. Instead, within twenty-one (21) days of the reopening of the Seattle Courthouse, the parties are

ORDERED to meet-and-confer[1] and to provide the Court with a Joint Status Report. The Report should provide the Court with three proposed alternative trial dates, the number of days the parties now anticipate are needed for trial, and any potentially conflicting trial dates for counsel, i.e., counsel's other scheduled trials. If the parties are unable to agree on any part of the Report, they may answer in separate paragraphs; no separate reports are to be filed.

DATED this 5th day of November 2020.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk

---

[1] This meet-and-confer must be a face-to-face meeting or a telephonic conference.

MINUTE ORDER, C18-0302-JCC
PAGE - 2