THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

INTERNATIONAL NEWS INC.,

          Plaintiff,

   v.

10 DEEP CLOTHING INC.,

          Defendant.

CASE NO. C18-0302-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend certain deadlines (Dkt. No. 127). The Court, having thoroughly considered the motion and the relevant record and finding good cause, hereby GRANTS the motion. Relevant deadlines are extended as follows:

1. The deadline for Defendant to file its opposition to Plaintiff's motion for entry of judgment pursuant to Fed. R. Civ. P. 54(b) (Dkt. No. 121) is extended to January 28, 2021;
2. The deadline for Plaintiff to file a reply in further support of its motion is extended to February 12, 2021; and
3. The Clerk is DIRECTED to renote Plaintiff's motion for entry of judgment to

MINUTE ORDER
C18-0302-JCC
PAGE - 1

February 12, 2021.

DATED this 22nd day of December 2020.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk
