THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL NEWS INC., | CASE NO. C18-0302-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| 10 DEEP CLOTHING INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend certain deadlines (Dkt. No. 133). The Court, having thoroughly considered the motion and the relevant record and finding good cause, hereby GRANTS the motion. Relevant deadlines are extended as follows:

1. The deadline for Defendant to file its opposition to Plaintiff's motion for entry of judgment pursuant to Fed. R. Civ. P. 54(b) (Dkt. No. 121) is extended to April 21, 2021;

2. The deadline for Plaintiff to file a reply in further support of its motion is extended to May 5, 2021; and

3. The Clerk is DIRECTED to renote Plaintiff's motion for entry of judgment (Dkt. No.

MINUTE ORDER
C18-0302-JCC
PAGE - 1

1    121) to May 5, 2021.

DATED this 22nd day of March 2021.

                                                             <u>William M. McCool</u>
                                                             Clerk of Court

                                                             <u>s/Paula McNabb</u>
                                                             Deputy Clerk