THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL NEWS INC., | CASE NO. C18-0302-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| 10 DEEP CLOTHING INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to further extend certain deadlines (Dkt. No. 139). The Court, having thoroughly considered the motion and the relevant record and finding good cause, hereby GRANTS the motion. Relevant deadlines are extended as follows:

1. The deadline for Defendant to file its opposition to Plaintiff's motion for entry of judgment pursuant to Fed. R. Civ. P. 54(b) (Dkt. No. 121) is extended to July 2, 2021;

2. The deadline for Plaintiff to file a reply in further support of its motion is extended to July 16, 2021; and

3. The Clerk is DIRECTED to renote Plaintiff's motion for entry of judgment (Dkt. No. 121) to July 16, 2021.

MINUTE ORDER
C18-0302-JCC
PAGE - 1

DATED this 10th day of June 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
