THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| INTERNATIONAL NEWS INC., | CASE NO. C18-0302-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| 10 DEEP CLOTHING INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to further extend certain deadlines (Dkt. No. 155). The Court, having considered the record and finding good cause, hereby GRANTS the motion. Relevant deadlines are extended as follows:

1. The deadline for Defendant to file its opposition to Plaintiff's motion for entry of judgment pursuant to Fed. R. Civ. P. 54(b) (Dkt. No. 121) is extended to November 5, 2021;

2. The deadline for Plaintiff to file a reply in further support of its motion is extended to November 19, 2021; and

3. The Clerk is DIRECTED to renote Plaintiff's motion for entry of judgment (Dkt. No. 121) to November 19, 2021.

DATED this 18th day of October 2021.

                    Ravi Subramanian
                    Clerk of Court

                    s/Sandra Rawski
                    Deputy Clerk