THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL NEWS INC., | CASE NO. C18-0302-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| 10 DEEP CLOTHING INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to further extend certain deadlines (Dkt. No. 161). The Court, having considered the record and finding good cause, hereby GRANTS the motion. Relevant deadlines are extended as follows:

1. The deadline for Defendant to file its opposition to Plaintiff's motion for entry of judgment pursuant to Fed. R. Civ. P. 54(b) (Dkt. No. 121) is extended to January 7, 2022;

2. The deadline for Plaintiff to file a reply in further support of its motion is extended to January 21, 2022; and

3. The Clerk is DIRECTED to renote Plaintiff's motion for entry of judgment (Dkt. No. 121) to January 21, 2022.

MINUTE ORDER
C18-0302-JCC
PAGE - 1

DATED this 20th day of December 2021.

Ravi Subramanian<br>
Clerk of Court

s/Sandra Rawski<br>
Deputy Clerk

MINUTE ORDER
C18-0302-JCC
PAGE - 2