THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL NEWS INC., <br><br> Plaintiff, <br><br> v. <br><br> 10 DEEP CLOTHING INC., <br><br> Defendant. | CASE NO. C18-0302-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to further extend certain deadlines (Dkt. No. 163). The Court, having considered the record and finding good cause, hereby GRANTS the motion. Relevant deadlines are extended as follows:

1. The deadline for Defendant to file its opposition to Plaintiff's motion for entry of judgment pursuant to Fed. R. Civ. P. 54(b) (Dkt. No. 121) is extended to January 14, 2022;

2. The deadline for Plaintiff to file a reply in further support of its motion is extended to January 28, 2022; and

3. The Clerk is DIRECTED to renote Plaintiff's motion for entry of judgment (Dkt. No. 121) to January 28, 2022.

MINUTE ORDER
C18-0302-JCC
PAGE - 1

DATED this 10th day of January 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C18-0302-JCC
PAGE - 2