THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL NEWS INC., | CASE NO. C18-0302-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| 10 DEEP CLOTHING INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report (Dkt. No. 170). Based on the submission, the Court provides for the following deadlines:

1. A jury trial is scheduled for August 1, 2022 at 9:30 a.m. in Courtroom 16206 before U.S. District Judge John C. Coughenour.
2. Trial briefs and proposed *voir dire* are due July 22, 2022.
3. The joint proposed pretrial order and joint proposed jury instructions are July 20, 2022.

The parties should submit consolidated course-of-trial and end-of-trial jury instructions and a joint verdict form. The instructions should contain supporting citation and indicate whether they are agreed to or disputed, with argument included for disputed instructions. Instructions

should be numbered sequentially. Counsel should submit two copies of proposed jury instructions, one with citations and one without, and should send electronic copies of the clean instructions to the chambers' orders inbox at coughenourorders@wawd.uscourts.gov. Counsel is advised that the Court relies primarily on the Ninth Circuit Manual of Model Jury instructions, available at http://www3.ce9.uscourts.gov/jury-instructions/model-civil. The Court will rarely, if ever, deviate from the model instructions' language. Counsel should refer to the filing instructions in Local Rule CR 51(h) for further instruction on Joint Instructions and Joint Statements of Disputed Instructions.

Counsel must attend Courtroom Technology Training at least one month in advance of the trial to become familiar with the A/V equipment available in the courtroom. Please contact Gabriel Traber, the Courtroom Deputy, at Gabriel_Traber@wawd.uscourts.gov.

DATED this 22nd day of February 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk
