THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL NEWS INC., <br><br> Plaintiff, <br><br> v. <br><br> 10 DEEP CLOTHING INC., <br><br> Defendant. | CASE NO. C18-0302-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's Notice of Bankruptcy (Dkt. No. 172). According to Defendant, it filed a petition for bankruptcy on July 20, 2022. (*Id.* at 1.)[1] Defendant asks that the case be stayed pursuant to 11 U.S.C. § 362. (*Id.* at 2.) Finding good cause, this matter is hereby stayed and the August 1, 2022 trial date (Dkt. No. 171) is VACATED.

The parties are DIRECTED to file a joint status report with the Court within fourteen days of the termination of Defendant's bankruptcy proceeding.

//

//

---

[1] The Court has since confirmed this filing. *See In re: 10 Deep Clothing*, Case No. 1-22-41733-ess, Dkt. No. 1 (Bankr. E.D.N.Y. 2022).

MINUTE ORDER
C18-0302-JCC
PAGE - 1

1     DATED this 28th day of July 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk
